# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Philip C.H. Peng,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Internal Revenue Service,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00988-GMN-DJA<br><br>**Report and Recommendation** |

Plaintiff is proceeding *pro se* in this matter after the Court granted his motion to proceed *in forma pauperis*. (ECF No. 4). In that order, the Court also dismissed Plaintiff's complaint without prejudice, giving him until September 16, 2022 to file an amended complaint. (*Id.*). The Court explained that "[f]ailure to comply with this order will result in the recommended dismissal of this case." (*Id.* at 4). To date, Plaintiff has not filed an amended complaint.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: November 1, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE