# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PHILIP C.H. PENG, )
                              Plaintiff, )    Case No.: 2:22-cv-00988-GMN-DJA
vs. )
                                                       )    **ORDER**
INTERNAL REVENUE SERVICE, )
                              Defendant. )

        Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 6), of United States Magistrate Judge Daniel J. Albregts, which recommends dismissing the case.

        A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

        Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 6) (setting a November 15, 2022, deadline for objections).

        Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 6), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the case is **DISMISSED**.

Dated this  28  day of November, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court